UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CERTAIN UNDERWRITERS SUBSCRIBING TO
POLICY NUMBER V14SBY21PNGF-002,                23-cv-2685 (JGK)

        Plaintiffs,                                ORDER

- against -

COSCO SHIPPING LINES CO., LTD.,

        Defendant.

---

JOHN G. KOELTL, District Judge:

The parties are directed to file a Rule 26(f) report by **July 10, 2023.** The initial conference scheduled for August 3, 2023, at 3:00 p.m. is canceled.

SO ORDERED.

Dated:    New York, New York
            June 20, 2023

                                            John G. Koeltl
                                    United States District Judge